UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 20-50-HRW

**STUART KRIS ALLEN,**                                                     **PLAINTIFF,**

v.

### JUDGMENT

**COMMISSIONER OF SOCIAL SECURITY,**                     **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
    C.    this action is **STRICKEN** from the active docket of the Court.

This 28th day of July 2021.



Signed By:
_Henry R Wilhoit Jr._
**United States District Judge**